1
2
3
4
5
6
7
8

9              UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11

12   KAI WEAVER, On Behalf of Herself        Case No.:3:08-cv-0037-LRH-VPC
     and All Others Similarly
13   Situated,

14                Plaintiff,                  **CLASS ACTION**

15        v.
                                             **ORDER**
16   AETNA LIFE INSURANCE COMPANY and        **EXTENDING TIME FOR DEFENDANTS**
     WESTERN INSURANCE SPECIALTIES,          **TO RESPOND TO CLASS ACTION**
17                                           **COMPLAINT**
                 Defendants.                 **(First Request)**
18

19

20        Plaintiff Kai Weaver, defendant Aetna Life Insurance Company

21   and defendant Western Insurance Specialties stipulate and agree as

22   follows:

23        1.    Plaintiff commenced this action by filing a Class Action

24   Complaint on November 16, 2007.

25        2.    Plaintiff filed a First Amended Complaint on December

26   26, 2007.

27        3.    On January 2, 2008, Defendants first received service of

28   this action by receipt of Plaintiff's First Amended Complaint.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

                              -1-                                    3943901

4.   On January 18, 2008, Defendants removed this action to this Court.

5.   Defendants are investigating the claims in the First Amended Complaint to determine the appropriate response to the allegations.

6.   At Defendants' request, Plaintiff has agreed to extend through and including Tuesday, March 4, 2008, the time for Defendant to answer, move, or otherwise respond to the Complaint.

7.   The request for additional time sought through this stipulation and proposed order is not for the purpose of delay. No previous extensions of time to respond to the Complaint have been requested or obtained.

Accordingly, Plaintiff, defendant Aetna Life Insurance Company and defendant Western Insurance Specialties stipulate and agree that the deadline for the Defendants to answer, move, or otherwise respond to the Class Action Complaint

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  shall be extended to and including March 4, 2008.

2  LAW OFFICES OF MATTHEW L. SHARP    LAW OFFICES OF CURTIS B.
                                     COULTER
3

4  By: /s/ Matthew L. Sharp         By: /s/ Curtis B. Coulter
       MATTHEW L. SHARP                 CURTIS B. COULTER
5      Nevada Bar No. 4746              Nevada Bar No. 3034
       419 Flint Street                403 Hill Street
6      Reno, Nevada 89501              Reno, Nevada 89501
       Attorney for Plaintiff          Attorney for Plaintiff
7      KAI WEAVER                      KAI WEAVER
   Dated: January 28, 2008         Dated: January 28, 2008
8

9  LEWIS AND ROCA LLP               LEWIS, BRISBOIS, BISGAARD &
                                    SMITH LLP
10

11 By: /s/ Von S. Heinz            By: /s/ Jeffrey D. Olster
       VON S. HEINZ                    JEFFREY D. OLSTER
12     Nevada Bar No. 859             Nevada Bar No. 8864
       Suite 600                      400 South Fourth Street #500
13     3993 Howard Hughes Parkway     Las Vegas, Nevada 89101
       Las Vegas, Nevada 89169        Attorneys for Defendant
14     Attorneys for Defendant        WESTERN INSURANCE
       AETNA LIFE INSURANCE COMPANY   SPECIALTIES
15 Dated: January 28, 2008         Dated: January 28, 2008

16                    IT IS SO ORDERED:

17

18

19                    __                 _____
20                    LARRY R. HICKS
                      UNITED STATES DISTRICT JUDGE
21
                      DATED:  February 4, 2008
22

23

24

25

26

27

28