UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAI WEAVER, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and WESTERN INSURANCE SPECIALTIES, INC.,<br><br>Defendants. | CASE NO. 3:08-CV-0037-LRH-VPC<br><br>**PUTATIVE CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO MOTION TO CERTIFY CLASS**<br><br>**(First Request)** |

IT IS STIPULATED AND AGREED among the parties as follows:

1. Plaintiff filed her Motion for Class Certification on April 10, 2008 (Document 23).

2. The parties filed a proposed Discovery Plan and Scheduling Order ("Discovery Plan") with this Court on March 24, 2008 (Document 7). The Discovery Plan provided that the parties would complete discovery related to class certification no later than July 2, 2008 and Plaintiff Kai Weaver ("Plaintiff") would file her Motion for Class Certification on or before July 2, 2008.

3. Defendant Aetna is diligently propounding written discovery and intends to depose Plaintiff related to class certification issues and have not yet completed this discovery. Aetna served written requests for production on class certification issues upon Plaintiff on April 18, 2008, and has

Gibson, Dunn & Crutcher LLP

411893.1

requested dates for Plaintiff's deposition testimony during the weeks of May 19 and May 26, and awaits response from Plaintiff's attorneys about her availability to be deposed during that time.

4. Plaintiff and Aetna stipulate and agree that Defendant Aetna may have up to and including June 13, 2008 to respond to the Motion for Class Certification.

5. No previous extensions of time to respond to the Motion for Class Certification have been requested or obtained. This proposed stipulation is not submitted for the purpose of delay, but rather to allow Aetna the opportunity to complete the written and deposition discovery contemplated by the Discovery Plan as a necessary component of responding to the Motion for Class Certification and to brief the issues presented in that Motion.

LAW OFFICES OF MATTHEW L. SHARP          LAW OFFICES OF CURTIS B. COULTER

By: /s/ Matthew L. Sharp                 By: /s/ Curtis B. Coulter
   MATTHEW L. SHARP                          CURTIS B. COULTER
   Nevada Bar No. 4746                       Nevada Bar No. 3034
   419 Flint Street                          403 Hill Street
   Reno, Nevada 89501                        Reno, Nevada 89501
   Attorney for Plaintiff                    Attorney for Plaintiff
   KAI WEAVER                                KAI WEAVER
Dated: April 28, 2008                    Dated: April 28, 2008

LEWIS AND ROCA LLP


By: /s/ Von S. Heinz
   VON S. HEINZ
   Nevada Bar No. 859
   Suite 600
   3993 Howard Hughes Parkway
   Las Vegas, Nevada 89169
   Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
Dated: April 28, 2008

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2008