UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAI WEAVER, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and WESTERN INSURANCE SPECIALTIES, INC.,<br><br>Defendants. | CASE NO. 3:08-CV-00037-LRH-VPC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO MOTION TO CERTIFY CLASS**<br><br>**(First Request)** |

IT IS STIPULATED AND AGREED among the parties as follows:

1. Plaintiff filed her Motion for Class Certification on April 10, 2008 (Document 23).

2. The parties filed a proposed Discovery Plan and Scheduling Order ("Discovery Plan") on March 24, 2008 (Document 7). The Court signed the Discovery Plan on April 15, 2008. The Discovery Plan provides that the parties will complete discovery related to class certification no later than July 2, 2008, and that plaintiff Kai Weaver ("Plaintiff") would file her Motion for Class Certification on or before July 2, 2008.

3. Defendant Western Insurance Specialties, Inc. ("Western") is in the process of participating in discovery related to class certification issues in accordance with the Discovery Plan, and has not yet completed this discovery. Western is awaiting responses to requests for production

4813-3318-4002.1

of documents, as well as the setting of Plaintiff's deposition.

4. Plaintiff and Western stipulate and agree that Western may have up to and including June 13, 2008 to respond to the Motion for Class Certification.

5. No previous extensions of time to respond to the Motion for Class Certification have been obtained with respect to Western. This proposed stipulation is not submitted for the purpose of delay, but rather to allow Western the opportunity to complete the written and deposition discovery contemplated by the Discovery Plan as a necessary component of responding to the Motion for Class Certification and to brief the issues presented in that Motion.

| LAW OFFICES OF MATTHEW L. SHARP | LAW OFFICES OF CURTIS B. COULTER |
|---|---|
| By: /s/ Matthew L. Sharp<br>MATTHEW L. SHARP<br>Nevada Bar No. 004746<br>419 Flint Street<br>Reno, Nevada 89501<br>Attorney for Plaintiff<br>*Kai Weaver* | By: /s/ Curtis B. Coulter<br>CURTIS B. COULTER<br>Nevada Bar No. 3034<br>403 Hill Street<br>Reno, Nevada 89501<br>Attorney for Plaintiff<br>*Kai Weaver* |
| Dated: May 1, 2008 | Dated: May 1, 2008 |

LEWIS BRISBOIS BISGAARD &SMITH, LLP

By: _____
JEFFREY D. OLSTER
Nevada Bar No.008864
JENNIFER A. NOBLE
Nevada Bar No. 010412
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
Attorneys for Defendant
*Western Insurance Specialties, Inc.*

Dated: May 1, 2008

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: May 8, 2008

4813-3318-4002.1