AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

KAI WEAVER, on Behalf of Herself and
all Others Similarly Situated,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00037-LRH-VPC**

AETNA LIFE INSURANCE COMPANY and
WESTERN INSURANCE SPECIALTIES, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Western's Motion to Dismiss (#13) is GRANTED. Defendant Aetna's Motion to Dismiss (#14) is GRANTED.

  November 14, 2008        **LANCE S. WILSON**
                                                       Clerk

                                                       /s/ P. McDonald
                                                      Deputy Clerk